

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00231-CV

**IN RE** Michael Andrew **DAVIS** and Waterfleet, LLC, Relators

Original Proceeding[1]

PER CURIAM

Sitting:     Luz Elena D. Chapa, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

Delivered and Filed: June 9, 2021

PETITION FOR WRIT OF MANDAMUS DENIED

Relators filed a petition for writ of mandamus and motion for temporary relief. We may issue writs of mandamus when "agreeable to the principles of law regulating those writs." TEX. GOV'T CODE § 22.221(b). For mandamus, a relator has the burden to file a petition and record showing "the trial court abused its discretion and that no adequate appellate remedy exists." *In re H.E.B. Grocery Co., L.P.*, 492 S.W.3d 300, 302 (Tex. 2016) (orig. proceeding) (per curiam). Having reviewed the petition and record, we conclude relators have not satisfied their burden. Accordingly, we deny the petition and motion for temporary relief. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2019CI13387 pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Larry Noll presiding.